

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2014

No. 04-13-00856-CV

**IN THE INTEREST OF A.R.**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02727
Honorable Richard Price, Judge Presiding

## O R D E R

  The Appellant's Motion for Extension of time to file Brief is hereby GRANTED. Time is extended to February 3, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court